UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>JAVIER SALAZAR,<br><br>        Defendant. | CR-05-2100-LRS-2<br><br>Order of Dismissal<br>Without Prejudice |

Leave of court is granted for the filing of the foregoing dismissal without prejudice. The Court makes no judgment as to merit or wisdom of this dismissal.

DATED this 26th day of October , 2007.


                                 s/Lonny R. Suko

                              _____
                              Lonny R. Suko
                              United States District Court Judge

Order of Dismissal Without Prejudice - 1
P71024dsd.REH.wpd